IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WOOTEN,

    Plaintiff,                  No. CIV S-05-0734 GEB KJM P

    vs.

SHERIFF ED PRIETO, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be given an opportunity to submit a completed application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

1

1  2. The Clerk of the Court is directed to send plaintiff a new Application to
2  Proceed In Forma Pauperis By a Prisoner; and
3  3. Plaintiff shall submit, within thirty days from the date of this order, a certified
4  copy of his prison trust account statement for the six month period immediately preceding the
5  filing and have the certificate portion of his request to proceed in forma pauperis filled out by the
6  institution.
7  4. Plaintiff's failure to comply with this order will result in a recommendation
8  that this action be dismissed without prejudice.
9  DATED: May 10, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/
woot0734.3c+n

2