IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WOOTEN,

    Plaintiff,                    No. CIV S-05-0734 GEB KJM P

    vs.

SHERIFF ED PRIETO, et al.,

    Defendants.            ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On May 20, 2005, he filed a request that defendant Prieto and Yolo County Jail officials return the various forms associated with his request to proceed in forma pauperis. On July 12, 2005, he submitted a letter, complaining that the officials at Deuel Vocational Institution, where he is currently incarcerated, have not processed the documents associated with the request to proceed in forma pauperis. The court will treat the latter request as one for additional time in which to submit the necessary paperwork in support of his request to proceed in forma pauperis.

        IT IS HEREBY ORDERED:

        1. Plaintiff's May 30, 2005 request for an order directing the return of documents is denied as moot.

        2. Plaintiff's July 12, 2005 request for additional time in which to submit his

1

1 request to proceed in forma pauperis is granted; plaintiff is provided an additional thirty days to
2 provide a completed application and trust statement.
3        3. The Clerk of the Court is directed to send plaintiff a new in forma pauperis
4 application for use by a prisoner.
5        4. Plaintiff is cautioned that failure to comply with this order will result in a
6 recommendation that the action be dismissed.
7 DATED: July 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

woot0734.ifp