1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO WOOTEN,

11          Plaintiff,                    No. CIV S-05-0734 GEB KJM P

12       vs.

13   SHERIFF ED PRIETO, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief under 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915.

18   This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).

19          Plaintiff has submitted a declaration that makes the showing required by 28

20   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

21          Plaintiff is required to pay the statutory filing fee of $250.00 for this action.  28

22   U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently

23   without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.

24   § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding

25   month's income credited to plaintiff's prison trust account.  These payments shall be collected

26   /////

1

1  and forwarded by the appropriate agency to the Clerk of the Court each time the amount in

2  plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

3         The complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28

4  U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable

5  opportunity to prevail on the merits of this action.

6         In accordance with the above, IT IS HEREBY ORDERED that:

7         1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

8         2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.

9  The fee shall be collected and paid in accordance with this court's order to the Director of the

10  California Department of Corrections filed concurrently herewith.

11         3.  Service is appropriate for the following defendants: Day, Rademacher, Martin,

12  Jackson, Hernandez, Cardena, Wolff, Wilson, Baysh, and Schiender.

13         4.  The Clerk of the Court shall send plaintiff ten USM-285 forms, one summons,

14  an instruction sheet and a copy of the complaint filed April 15, 2005.

15         5.  Within thirty days from the date of this order, plaintiff shall complete the

16  attached Notice of Submission of Documents and submit the following documents to the court:

17         a.  The completed Notice of Submission of Documents;

18         b.  One completed summons;

19         c.  One completed USM-285 form for each defendant listed in number 3

20         above; and

21         d.  Eleven copies of the endorsed complaint filed April 15, 2005.

22  /////

23  /////

24  /////

25  /////

26  /////

2

1          6.  Plaintiff need not attempt service on defendants and need not request waiver of

2    service.  Upon receipt of the above-described documents, the court will direct the United States

3    Marshal to serve the above-named defendants as provided by Federal Rule of Civil Procedure 4

4    without payment of costs.

5    DATED:  December 7, 2005.

6

7    _____
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12   2
     woot0734.1a

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO WOOTEN,

11            Plaintiff,                           No. CIV S-05-0734 GEB KJM P

12       vs.

13   SHERIFF ED PRIETO, et al.,
                                                   NOTICE OF SUBMISSION
14            Defendants.                          OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____     completed summons form

19            _____     completed USM-285 forms

20            _____     copies of the _____

21                                     Complaint/Amended Complaint

22

23   DATED:

24

25                                          _____
                                            Plaintiff
26