1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO WOOTEN,

11          Plaintiff,                    No. CIV S-05-0734 GEB KJM P

12      vs.

13   SHERIFF ED PRIETO, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action under 42

17   U.S.C. § 1983.

18          By an order filed December 8, 2005, this court ordered plaintiff to complete and

19   return to the court, within thirty days, the USM-285 forms and copies of his complaint which are

20   required to effect service on the defendants.  On December 19, 2005, plaintiff submitted the

21   USM-285 forms but failed to file the eleven copies of the April 15, 2005 complaint.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.  The Clerk of the Court is directed to return the copy of the April 15, 2005

24   complaint submitted by plaintiff on December 19, 2005; and

25   /////

26   /////

                                          1

       2.  Within thirty days, plaintiff shall submit to the court the eleven copies required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED:  December 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
woot0734.8f