IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WOOTEN,

    Plaintiff,                   No. CIV S-05-0734 GEB KJM P

    vs.

SHERIFF ED PRIETO, et al.,

    Defendants.               ORDER

_____/

        Defendants Schiender, Cardenas, Rademaker, Day, Wolff, Wilson, Martin, Hernandez and Rayls have requested an extension of time to file and serve an answer to plaintiff's April 15, 2005 complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 14, 2006 application for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an answer to plaintiff's April 15, 2005 complaint.

DATED: April 19, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

/mp
woot0734.36(2)