1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO WOOTEN,

11              Plaintiff,                No. CIV S-05-0734 GEB KJM P

12        vs.

13   SHERIFF ED PRIETO, et al.,

14              Defendants.               <u>ORDER</u>

15   _____/

16              On May 19, 2006 defendants filed a motion to dismiss pursuant to Federal Rule of

17   Civil Procedure 28 U.S.C. 1915 (g).  Plaintiff has not opposed the motion.

18              Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

19   written opposition or to file a statement of no opposition may be deemed a waiver of any

20   opposition to the granting of the motion . . . ."  On February 13, 2006 plaintiff was advised of the

21   requirements for filing an opposition to the motion and that failure to oppose such a motion may

22   be deemed a waiver of opposition to the motion.

23              Local Rule 11-110 provides that failure to comply with the Local Rules "may be

24   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

25   inherent power of the Court."  In the order filed February 13, 2006, plaintiff was advised that

26   /////

1  failure to comply with the Local Rules may result in a recommendation that the action be

2  dismissed.

3          Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

4  date of this order, plaintiff shall file an opposition, if any, to the May 19, 2006 motion to dismiss.

5  Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a

6  recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

7  DATED:  July 20, 2006.

8

9                                         _____

10                                        UNITED STATES MAGISTRATE JUDGE

11

12

13

14  /mp
    woot0734.46osc

15

16

17

18

19

20

21

22

23

24

25

26